IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHRISTAL GREEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 5:11-cv-00208-SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| COMMUNITY CORRECTION, | * | |
| | * | |
| Defendant. | * | |

## PROTECTIVE ORDER

It appears to this Court that Plaintiff in the present case has requested documents containing confidential information, the release of which may constitute an unwarranted invasion of privacy. Specifically, in response to Plaintiff's discovery requests, Defendant proposes to release the following subject to a protective order:

i) copies of the personnel files of Mario Wilson and Chris Phillips who are not parties to the current action

IT IS THEREFORE ORDERED that any confidential information gained from the above, as well as any documents photocopied or recorded from the above, may be used only in connection with preparing and presenting Plaintiff's case to this Court.

IT IS FURTHER ORDERED that any documents obtained by Plaintiff and her attorney shall remain in the custody of Plaintiff and her attorney. Neither Plaintiff nor anyone acting for or on Plaintiff's behalf shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper

purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

IT IS FURTHER ORDERED that at the conclusion of this litigation, neither Plaintiff nor anyone acting for or on Plaintiff's behalf shall in any manner, directly or indirectly, retain copies of these documents, and Plaintiff shall return the documents to Defendant's counsel.  This does not include Plaintiff's counsel, however, who may retain a copy of these documents for the sole purpose of defending themselves should their conduct in this lawsuit be called into question.

IT IS SO ORDERED this 24th day of February 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE