IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHRISTAL GREEN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:11-cv-00208-SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| COMMUNITY CORRECTION, | * | |
| | * | |
| Defendant. | * | |

ORDER

Plaintiff Christal Green brings this employment discrimination action against the Arkansas Department of Community Correction (ADCC) under Title VII, 42 U.S.C. § 2000e *et seq*. The Discovery deadline is June 8, 2012, the motions deadline is July 9, 2012, and the trial date is November 5, 2012. See Final Scheduling Order [doc.#13].

Before the Court is ADCC's unopposed motion [doc.#18] to extend the discovery and motions deadlines, stating that the parties are actively trying to schedule depositions but that these will not be completed by the discovery deadline. The Court grants ADCC's motion. However, as the motion does not state how much time is needed, the Court will arbitrarily set a discovery deadline of up to and including August 1, 2012, and a motions deadline of up to and including August 22, 2012.

IT IS SO ORDERED this 7th day of June 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE